IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN BRAUCHLE and ABIGAIL BRAUCHLE                 PLAINTIFFS

VS.                 CIVIL ACTION NUMBER: 1:09CV659-LG-RHW

STATE FARM FIRE AND CASUALTY CO.,
and JOHN DOES I-X and JANE DOES I-X                 DEFENDANTS

## JOINT MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR RECOVERY PURSUANT TO THE NFIP

COME NOW, the parties John Brauchle, Abigail Brauchle, plaintiffs, and State Farm Fire and Casualty Company, defendant, and move the Court pursuant to FED. R. CIV. P. 41 to dismiss all claims made by plaintiffs for additional recovery under their National Flood Insurance Program policy.

WHEREFORE, PREMISES CONSIDERED, the parties request the Court enter an order dismissing, with prejudice, all claims for further recovery under plaintiffs' policy of insurance with the National Flood Insurance Program.

Respectfully submitted, this the 26th day of October, 2009.

*/s/ Charles C. Wimbelry, III*
CHARLES C. WIMBERLY, III, MSB #101375
Attorney at Law
P. O. Drawer 420
Gulfport, MS   39502-0420
Attorney for Plaintiffs

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney at Law
P.O. Drawer 668
Oxford, MS 38655
Attorney for Defendant State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I, **H. SCOT SPRAGINS**, one of the attorneys for the Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED: October 26, 2009.

                                                                                           */s/H. Scot Spragins*
                                                                                           **H. SCOT SPRAGINS**

H. SCOT SPRAGINS, MSB #7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000