IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN BRAUCHLE and ABIGAIL BRAUCHLE                              PLAINTIFFS

VS.                                    CIVIL ACTION NUMBER: 1:09CV659-LG-RHW

STATE FARM FIRE AND CASUALTY CO.,
and JOHN DOES I-X and JANE DOES I-X                             DEFENDANTS

## AGREED ORDER OF DISMISSAL OF PLAINTIFFS' NFIP CLAIMS, WITH PREJUDICE

The instant civil action, having come on this day on the Joint Motion to Dismiss Plaintiffs'

Claims for Recovery Pursuant to the NFIP and the Court, is of the opinion that the Joint Motion is

well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that any claims by plaintiffs for recovery

of further payments pursuant to their National Flood Insurance Program policy for damage to the

underlying premises resulting from Hurricane Katrina are dismissed with prejudice. All other claims

remain. Plaintiffs maintain and do not dismiss their remaining claims against State Farm Fire &

Casualty Company.

SO ORDERED AND ADJUDGED, this the 27th day of October, 2009.


s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED AS TO FORM:


/s/ Charles C. Wimberly, III
CHARLES C. WIMBERLY, III, MSB #101375
Attorney for Plaintiffs

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant State Farm Fire
and Casualty Company