UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

October 28, 2009

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS  39201

TELEPHONE
(601) 965-4439

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Ms. Gayle Parker, Circuit Clerk
P O Box 235
Biloxi, MS     39533

    RE: John Brauchle, et ux. vs State Farm Fire and Casualty, et al.
       USDC 1:09cv659LG-RHW

Dear Ms. Parker:

 Pursuant to the order entered 10/28/2009 remanding the above matter to your Court, you will find enclosed a copy of the docket and a certified copy of the order.

                J. T. NOBLIN, CLERK


             By: s/ A  McCaughan
                Deputy Clerk

Enclosures

cc:  All Counsel ( by NEF )